692          OCTOBER TERM, 1915.

Cases Disposed of Without Consideration by the Court.    241 U. S.

TRIX, ETC.   In error to the Supreme Court of the State of New York.   May 1, 1916.   Dismissed with costs, on motion of *Mr. Frederic D. McKenney* for the plaintiff in error. *Mr. Frederic D. McKenney* and *Mr. Harold J. Adams* for the plaintiff in error.   No appearance for the defendant in error.

---

No. 771. A. S. DOWD, RECEIVER, ETC., ET AL., PLAINTIFFS IN ERROR, *v.* UNITED MINE WORKERS OF AMERICA ET AL.   In error to the District Court of the United States for the Western District of Arkansas.   May 2, 1916.   Dismissed with costs on motion of *Mr. J. B. McDonough* for the plaintiffs in error.   *Mr. James B. McDonough* for the plaintiffs in error.   *Mr. George L. Grant* and *Mr. Henry Warrum* for the defendants in error.

---

No. 272. MARK CRAIG, PLAINTIFF IN ERROR, *v.* COMMONWEALTH OF KENTUCKY.   In error to the Hardin County Quarterly Court, the State of Kentucky.   Argued for defendant in error May 3, 1916.   Decided May 3, 1916. Judgment reversed with costs and cause remanded for further proceedings upon confession of error by the defendant in error and motion of *Mr. Arthur H. Mann* for the defendant in error.   *Mr. Hobson L. James* for the plaintiff in error.   *Mr. Arthur H. Mann* for the defendant in error.

---

No. 377. PORTER LAWSON, PLAINTIFF IN ERROR, *v.* THE STATE OF LOUISIANA.   In error to the Supreme Court of the State of Louisiana.   May 4, 1916.   Dismissed with costs, pursuant to the tenth rule.   *Mr. Taliaferro Alexander* for the plaintiff in error.   No appearance for the defendant in error.